

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00452-CR

Hector Augusto **GRAMAJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9359
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 11, 2013.

_____
Luz Elena D. Chapa, Justice